**MANDATE**

1:21-cv-06150-JPO

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 31st day of October, two thousand twenty-three.

Before:  Denny Chin,
         Steven J. Menashi,
              *Circuit Judges,*
         Eric R. Komitee,
              *District Judge.*[*]

_____

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 2/21/2024 |

Securities and Exchange Commission,

    Plaintiff – Appellee,

v.

Aron Govil,

    Defendant – Appellant.

_____

**JUDGMENT**

Docket No. 22-1658

The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is VACATED, and the cause is REMANDED for further proceedings consistent with this Court's opinion.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

---

[*] Judge Eric R. Komitee, of the United States District Court for the Eastern District of New York, sitting by designation.

**MANDATE ISSUED ON 02/21/2024**