

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

New York
Regional Office

December 13, 2024

**VIA ECF**
The Honorable J. Paul Oetken
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2101
New York, NY  10007

    Re:    <u>SEC v. Govil</u>, No. 21 Civ. 6150 (JPO)

Dear Judge Oetken:

    Pursuant to the Court's September 13, 2024 Order (Dkt. 50) Plaintiff Securities and Exchange Commission (the "SEC") respectfully submits this status report jointly with Defendant Aron Govil.

    As directed by the Court's September 13, 2024 Order, the parties have completed fact and expert discovery.  Since the close of discovery on December 6, 2024, the parties have met and conferred and respectfully propose the following briefing schedule for the SEC's contemplated motion for monetary relief, which accounts for the time needed for the SEC staff to make its recommendation to, and to obtain approval from, the five-member Commission concerning the amount of monetary relief the SEC intends to request by its motion.

| Event | Proposed Deadline |
|---|---|
| Plaintiff's Opening Brief | March 24, 2025 |
| Defendant's Opposition Brief | April 28, 2025 |
| Plaintiff's Reply Brief | May 12, 2025 |

    Although settlement negotiations to date have not progressed meaningfully, the parties intend to continue engaging regarding the possibility of a consensual resolution of this matter in the interim.  The parties will notify the Court promptly if they are able to reach an agreement in principle or if they believe discussions are sufficiently advanced to warrant the Court's assistance.

    Respectfully submitted,

    /s/   David Zetlin-Jones
    David Zetlin-Jones
    Counsel to the SEC

cc:    By ECF to all counsel of record.