UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | |
| **Plaintiff,** | 21 Civ. 6150 (JPO) |
| -against- | |
| **ARON GOVIL,** | |
| **Defendant.** | |

## DECLARATION OF DAVID ZETLIN-JONES

I, David Zetlin-Jones, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a member of the bar of the State of New York. I am employed as a Trial Counsel in the Division of Enforcement in the New York Regional Office of the Securities and Exchange Commission ("Commission"), the plaintiff in this action.

2. I submit this Declaration in support of the Commission's Reply Memorandum of Law in Further Support of its Motion for Additional Remedies.[1]

3. I make this declaration based on my personal knowledge, which includes my review of documents that the Commission obtained in connection with its investigation and litigation of this matter.

---

[1] All terms not otherwise defined herein shall have the meanings ascribed to them in the Memorandum of Law in Support of the Commission's Motion for Additional Remedies (Dkt. 56), which I have also reviewed.

4.  Attached hereto as Exhibit 1 is a true and correct copy of the Reply Brief submitted by Govil on March 6, 2023 in the appeal captioned *SEC v. Govil*, No. 22-1658-cv (2d. Cir.).

5.  Attached hereto as Exhibit 2 is a true and correct copy of excerpts from Cemtrex's Form 10-K for its 2020 fiscal year, filed with the Commission on January 5, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 12, 2025
New York, New York

/s/ David Zetlin-Jones
David Zetlin-Jones

2