**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
SECURITIES AND EXCHANGE
COMMISSION,

                    Plaintiff,

        -against-                           21 **CIVIL** 6150 (JPO)

                                       **JUDGMENT**

ARON GOVIL,

                    Defendant.
------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated January 20, 2026, the SEC's motion for judgment

imposing additional remedies is GRANTED. Judgment is hereby entered against Govil in the

amount of $9,708,592.59, which consists of $6,670,977 in disgorgement and $3,037,615.59 in

prejudgment interest.

**Dated:** New York, New York

       January 22, 2026

                                  **TAMMI M. HELLWIG**

                                     **Clerk of Court**

               **BY:**

                                   **Deputy Clerk**